UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WEST-WARD PHARMACEUTICALS CORP. and HIKMA PHARMACEUTICALS, LLC, | Honorable Brian R. Martinotti, U.S.D.J |
| | Civil Action No. 16 CV 5456 (BRM)(DEA) |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL** |
| PAR PHARMACEUTICAL, INC. | |
| Defendant. | |

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendant hereby stipulate and agree that the above action, including all claims, counterclaims and affirmative defenses, is dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

| | |
|---|---|
| WINSTON & STRAWN LLP | JASON B. LATTIMORE, ESQ., LLC |
| s/ James S. Richter | s/ Jason B. Lattimore |
| James S. Richter | Jason B. Lattimore, Esq. |
| The Legal Center | 55 Madison Avenue, Suite 400 |
| One Riverfront Plaza, Suite 730 | Morristown, NJ 07960 |
| Newark, New Jersey 07102 | (201) 569-0086 |
| (973) 848-7676 | |
| | Attorney for Defendant Par Pharmaceutical, Inc. |
| Attorneys for Plaintiffs West-Ward Pharmaceuticals Corp. and Hikma Pharmaceuticals, LLC | |

Dated: May 5, 2017

SO ORDERED: _____